U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JAN 19 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JAN 23 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

no order

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

Docket # 5:06-CV-02182-SMH-MLH

JEFFERY C. ENGRUM JR.
vs.
JAMES BANKS
JESSIE SCRIBER et al

Civil No. 5:06-CV-02182-SMH-MLH
Judge Honorable S. Maurice Hicks
Mag. Judge Mark L. Hornsby
File _____
S: _____
                        clerk

## MOTION FOR JURY TRIAL DEMANDED

**Preliminary Statement:**

Petitioner files within this Honorable court a motion for Jury Trial Demanded, Petitioner Jeffery C. Engrum Jr. a state prisoner at David Wade Correctional Center filed a civil action under 42 U.S.C. 1983, alleging excessive and unnecessary use of force against his person with punitive and compensatory damages sought, and now moves to have granted a twelve member jury on all issues so triable for excessive and unnecessary use of force.

---

**Jurisdiction**

1. The court has jurisdiction over the plaintiffs claims of violations of constitutional rights under 42 U.S.C. §§ 1331 can and 1343.

2. The court has supplemented jurisdiction over the plaintiffs state law tort claims under 28 U.S.C. § 1367.

---

**Order**

The clerk shall note Plaintiff's jury demand on the docket of this case.

MH
1-23-07

Pg. 1