UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JEFFREY C. ENGRUM, JR. | CIVIL ACTION NO. 06-2182-P |
| VERSUS | JUDGE HICKS |
| JAMES BANKS, ET AL. | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 10th day of April, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE